IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL L. OLIWA, Individually, and<br>CAROL L. OLIWA, Conservator for<br>JOSEPH S. OLIWA<br><br>   Plaintiffs,<br><br> v.<br><br>TRANS CONTINENTIAL CREDIT AND<br>COLLECTION, INC.,<br><br>   Defendant. | Case No.: 3:15-cv-00102<br><br>Notice of Settlement |

## NOTICE OF SETTLEMENT

TO THE CLERK:

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: May 26, 2015       BY: */s/ Angela K. Troccoli*
                Angela K. Troccoli, Esquire
                Attorney ID #ct28597
                Kimmel & Silverman, P.C.
                The New England Office
                136 Main Street, Suite 301
                Danielson, CT 06239
                Phone: (860) 866-4380
                Facsimile: (860) 263-0919
                Email: atroccoli@creditlaw.com
                Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 26th day of May, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

    Michael A. Carbone Esq.
    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    Bridgeport, CT 06604
    mcarbone@znclaw.com

    BY: */s/ Angela K. Troccoli*
    Angela K. Troccoli, Esquire
    Attorney ID #ct28597
    Kimmel & Silverman, P.C.
    The New England Office
    136 Main Street, Suite 301
    Danielson, CT 06239
    Phone: (860) 866-4380
    Facsimile: (860) 263-0919
    Email: atroccoli@creditlaw.com
    Attorney for the Plaintiff